# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0432
_____

MICHAEL B. ORSO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John Simon, Jr., Judge.


May 2, 2025

PER CURIAM.

    DISMISSED.

OSTERHAUS, C.J., and M.K. THOMAS, and TANENBAUM, JJ.,
concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Michael B. Orso, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.